UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **TARA ANTWINE,** | **JUDGMENT IN A CIVIL CASE** |
|     **Plaintiff,** | |
| **vs.** | |
| **ERIE INSURANCE COMPANY,** | **CASE NO: 23-1022-STA-jay** |
|     **Defendant.** | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION** of Dismissal *with PREJUDICE* entered on March 1, 2023, this cause is hereby DISMISSED with prejudice.

                                                                        APPROVED:

**s/ S. Thomas Anderson**
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 3/2/2023**　　　　　　　　　　**Wendy R. Oliver**
                                                      **Clerk of Court**

                                                            **s/Maurice B. BRYSON**

                                                   **(By)   Deputy Clerk**